# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | | |
|---|---|---|
| Abdirahman H. Yusuf, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 3:26-cv-30 |
| U.S. Citizenship and Immigration Services, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

Plaintiff Abdirahman H. Yusuf filed a notice of voluntary dismissal. Doc. 12. The Court

**ADOPTS** the notice (Doc. 12) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(i)

of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or

disbursements to any party.

**IT IS SO ORDERED**.

Dated this 1st day of April, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court